On April 1, 1975, the court ordered that judgment be entered for plaintiff in the amount of $2,121,551. Judgments were also entered in the following related cases:
No. 50-72 Lykes Bros. Steamship Co., Inc-$5,190, 548
No. 56-72 American Export Lines, Inc_ 2,025,961
No. 57-72 American President Lines, Ltd_ 2,332, 837
No. 58-72 Gulf & ISouth American Steamship Co,, Inc_ 568,421
No. 59-72 Prudential Lines, Inc_ 2,468,074
PSS Steamship Co., Inc_ 274,242
No. 68-72 Pacific Far East Line, Inc_ 987,251
No. 69-72 States Steamship Co_ 1,110,453
*906 No. 70-72 United States Lines, Inc___$2, 694, 207
No. 80-72 Moore-McCormack Lines, Inc_:- 3,137, 708
No. 87-72 American President Lines, Ltd_ 683, 239
No. 88-72 Delta Steamship Lines, Inc — - 2, 590,756
No. 89-72 The Oceanic Steamship Co-~1-'_ ' 539,147